**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 585 MAL 2023

Respondent                  :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

v.                         :

                                         :

RODNEY WILLIAM GARY,           :

                                         :

Petitioner                   :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 27th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.